Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Air Starter Components, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 6 – 0 2 4 1 7 2 1 |

**4. Debtor's address**

**Principal place of business**

**13935 Stafford Road**
Number     Street

**Stafford, TX 77477**
City                    State     ZIP Code

**Fort Bend**
County

**Mailing address, if different from principal place of business**

Number          Street

City                       State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                       State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **ascairstarter.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor      **Air Starter Components, Inc.**
            _____          Case number _(if known)_ _____
            Name

| | |
|---|---|
| **7. Describe debtor's business** | A. _Check one:_ |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   3    3    3    6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

             District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

             District _____ When _____
                                                  MM / DD / YYYY

             Case number, if known _____

Debtor    **Air Starter Components, Inc.**                    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>     **Why does the property need immediate attention?** *(Check all that apply.)*<br>     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>        What is the hazard? _____<br><br>     ☐ It needs to be physically secured or protected from the weather.<br>     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>     ☐ Other _____<br><br>     **Where is the property?** _____<br>        Number      Street<br>        _____<br>        City          State    ZIP Code<br><br>     **Is the property insured?**<br>     ☐ No<br>     ☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000 ☐ 5,001-10,000      ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999      ☐ 10,001-25,000            ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million     ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor   **Air Starter Components, Inc.**

Name   Case number *(if known)*

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million |

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/04/2024**
MM/ DD/ YYYY

**X**   **/s/ Jack Heck, III**                    **Jack Heck, III**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Russell Van Beustring**   Date **09/04/2024**
Signature of attorney for debtor                MM/ DD/ YYYY

**Russell Van Beustring**
Printed name

**Russell Van Beustring, P.C.**
Firm name

**5110 Waterbeck St**
Number      Street

**Fulshear**                **TX**      **77441-4100**
City                     State      ZIP Code

**(713) 973-6650**             **russell@beustring.com**
Contact phone               Email address

**02275115**                **TX**
Bar number                 State

Fill in this information to identify the case:

Debtor Name  **Air Starter Components, Inc.**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | **$475.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking account** | **8 1 0 2** | **$6,577.10** |
| 3.2. | **Frost Bank** | **Checking account** | **2 4 2 2** | **$691.61** |
| 3.3. | **Frost Bank** | **Checking account** | **8 4 1 3** | **$6,956.55** |
| 3.4. | **Frost Bank** | **Money market account** | **7 8 3 6** | **$3,046.73** |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | _____ | _____ |
| --- | --- | --- |
| 4.2 | _____ | _____ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$17,746.99**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor    **Air Starter Components, Inc.**                                    Case number *(if known)* _____
          Name

---

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1  _____    _____

    7.2  _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____    _____

    8.2  _____    _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                        _____

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   **$428,807.00**  -  **$40,000.00**  =.....➡    **$388,807.00**
                                face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:      **$98,500.00**  -  **$80,000.00**  =.....➡    **$18,500.00**
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$407,307.00**

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

---

Debtor   **Air Starter Components, Inc.**                                                          Case number *(if known)* _____

Name

|  | 15.1. | | | |
|---|---|---|---|---|
|  | 15.2. | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

|  | 16.1 | | | |
|---|---|---|---|---|
|  | 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

_____

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Raw Material | 08/06/2024 MM / DD / YYYY | unknown | | $13,620.00 |
| 20. **Work in progress** | | | | |
| Work in Progress | 08/06/2024 MM / DD / YYYY | unknown | | $86,524.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished goods | 08/06/2024 MM / DD / YYYY | unknown | | $13,500.00 |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$113,644.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

| Debtor | **Air Starter Components, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **Air Starter Components, Inc.**                              Case number *(if known)* _____
          Name

| 38. | Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles? | | | |

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Desks, file cabinets, chairs, tables, sofa | unknown | | $1,200.00 |
| **40.  Office fixtures** | | | |
| | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computers, tablets, printers, server, copier, laser marker, refrigerator, ice maker, and misc equipment | unknown | | $6,200.00 |
| 2024 Kaishan Compressor | unknown | | $8,200.00 |
| work benches and tools | unknown | | $7,000.00 |
| Pallet Scale | unknown | | $1,200.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

| 43. | Total of Part 7 | | | $23,800.00 |

Add lines 39 through 42. Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Air Starter Components, Inc.** _____    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| | 47.1 **2011 Ford F150** _____ | **unknown**   **KBB** | **$6,850.00** |
| | 47.2 **2019 Chevrolet 3500 Flat Bed** _____ | **unknown**   **KBB** | **$23,800.00** |
| | 47.3 **2022 Chevrolet 2500** _____ | **unknown**   **KBB** | **$26,400.00** |
| | 47.4 **2024 Chevrolet 1500** _____ | **unknown**   **KBB** | **$39,625.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| | 48.1 _____ | | |
| | 48.2 _____ | | |
| 49. | **Aircraft and accessories** | | |
| | 49.1 _____ | | |
| | 49.2 _____ | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | **2012 HAAS ST30 CNC Lathe - $20,000 2000 HAAS SL30T CNC Lathe - $20,000 2019 HAAS ST30 CNC Lathe - $30,000 2020 HAAS ST30Y CNC Lathe - $45,000 2022 HAAS ST30Y CNC Lathe - $50,000 1999 HAAS SL20 CNC Lathe - $10,000 Mori Seiki SL-25B CNC Lathe - Parts Only - 1,000 2003 Mori Seiki SL-25B CNC Lathe - $10,000 Mori Seiki SL-25B CNC Lathe - $15,000** | **unknown** | **$201,000.00** |

| | |
|---|---|
| 51. | **Total of Part 8** |
| | Add lines 47 through 50. Copy the total to line 87. |

$297,675.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Air Starter Components, Inc.**                                Case number *(if known)* _____

Name

| | | | | |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

```
_____
```

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| Domain name and website | unknown | _____ | $1,000.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

Debtor   **Air Starter Components, Inc.**                                     Case number *(if known)* _____
     Name

---

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                      | **$1,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ =➡   _____
                               Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                          _____

    **Nature of claim**      _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor    **Air Starter Components, Inc.** _____     Case number *(if known)* _____

        Name

_____

      **Nature of claim**       _____

      **Amount requested**      _____

76.   **Trusts, equitable or future interests in property**

_____

77.   **Other property of any kind not already listed** *Examples:* Season
      tickets, country club membership

_____

78.   **Total of Part 11**

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ☑ No

      ☐ Yes

| **Part 12:** | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $17,746.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $407,307.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $113,644.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $23,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $297,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $861,172.99 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | | $861,172.99 |

Fill in this information to identify the case:

Debtor name __Air Starter Components, Inc.__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
__Ally Automotive Financing__

**Creditor's mailing address**
__Attn Bankruptcy Dept__

__Po Box 130424__

__Saint Paul, MN 55113-0004__

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __4__ __1__ __2__ __6__

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
2024 Chevrolet 1500

**Describe the lien**
Auto Finance

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim: $56,682.98**

**Value of collateral: $39,625.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$95,118.98**

Debtor  **Air Starter Components, Inc.**         Case number (if known) _____

    Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**  **Creditor's name**

**Ally Automotive Financing**

**Creditor's mailing address**

**Attn Bankruptcy Dept**

**Po Box 130424**

**Saint Paul, MN 55113-0004**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chevrolet 2500             **$25,835.00**      **$26,400.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Air Starter Components, Inc.**

Name

Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Leaf**

**Creditor's mailing address**

**Po Box 5066**

**Hartford, CT 06102-5066**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Kaishan Compressor

**Describe the lien**

purchase money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$12,601.00      $8,200.00

Fill in this information to identify the case:

Debtor name  **Air Starter Components, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **Air Starter Components, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**A/M AIR STARTER, LLC**

**Po Box 34507**

**Houston, TX 77234-4507**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

**3.2**

Nonpriority creditor's name and mailing address

**ACCURATE BEARING**

**Po Box 406**

**Addison, IL 60101-0406**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$6,158.00

**3.3**

Nonpriority creditor's name and mailing address

**AIR STARTER AND PARTS**

**Po Box 1217**

**Frisco, TX 75034-0021**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,140.00

**3.4**

Nonpriority creditor's name and mailing address

**AMERICAN PACKING & GASKET COMPANY**

**Po Box 4356**

**Houston, TX 77210-4356**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,539.10

Debtor   **Air Starter Components, Inc.**
_____
Name                                                     Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.45
*Check all that apply.*
**AUSTART AIR STARTERS**
☐ Contingent
**40009 Garrett Rd**
☐ Unliquidated
**Pattison, TX 77423-2329**
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.40
*Check all that apply.*
**AVON BROACH**
☐ Contingent
**1089 John R Rd**
☐ Unliquidated
**Rochester Hls, MI 48307-3207**
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00
*Check all that apply.*
**Blakeman & Associates**
☐ Contingent
**18919 Freeport Dr**
☐ Unliquidated
**Montgomery, TX 77356-4446**
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,588.00
*Check all that apply.*
**Chase Bank**
☐ Contingent
**270 Park Ave**
☐ Unliquidated
**New York, NY 10017-2014**
☑ Disputed

**Basis for the claim:  Credit Card**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

---

Debtor    **Air Starter Components, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.9**  Nonpriority creditor's name and mailing address

**Douglas E. Koger**

**24285 Katy Fwy Ste 300**

**Katy, TX 77494-1128**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$38,538.38

---

**3.10**  Nonpriority creditor's name and mailing address

**DXP Enterprises, Inc.**

**5301 Hollister St**

**Houston, TX 77040-6119**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$680.77

---

**3.11**  Nonpriority creditor's name and mailing address

**EARLE M. JORGENSEN**

**Po Box 951253**

**Dallas, TX 75395-1253**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,866.68

---

**3.12**  Nonpriority creditor's name and mailing address

**FASTENAL COMPANY**

**Po Box 978**

**Winona, MN 55987-0978**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,208.84

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 4 of 10

Debtor  **Air Starter Components, Inc.**
_____        Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,251.10

**FORT WORTH ALUMINUM FOUNDRY**

2708 N Nichols St

Fort Worth, TX 76106-7225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,589.77

**FRAZIER AND FRAZIER**

Po Box 279

Coolidge, TX 76635-0279

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $734,962.56

**George Morales**

c/o Armstrong Lee & Baker, LLP

2800 North Loop W Ste 900

Houston, TX 77092-8825

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Judgment

Date or dates debt was incurred  8/22/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,288.23

**GLOBAL COMPRESSION SERVICES**

Po Box 842055

Dallas, TX 75284-2055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor      **Air Starter Components, Inc.**
            _____        Case number *(if known)* _____
            Name

| Part 2: | Additional Page |
|---|---|

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.14

**GREAT SOUTHWEST PAPER**

5707 Harvey Wilson Dr

Houston, TX 77020-8025

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.90

**GROUP M DESIGN**

315 N Broadway Ave Ste 504

Tyler, TX 75702-5757

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,367.50

**GULL INDUSTRIES, INC.**

3305 Gano St

Houston, TX 77009-6314

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,520.74

**OSHA/USDOL**

200 Constitution Ave Nw Rm N3626

Washington, DC 20210-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **OSHA Violations**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **Air Starter Components, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,199.55 |
|---|---|---|---|

**SEI HEAT TREAT**

**Po Box 1759**

**Houston, TX 77251-1759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,397.62 |
|---|---|---|---|

**STANLEY PARTS & EQUIPMENT**

**Po Box 325**

**Channelview, TX 77530-0325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,035.97 |
|---|---|---|---|

**SUNSOURCE/AIR DRECO**

**Po Box 74007453**

**Chicago, IL 60674-7453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,996.94 |
|---|---|---|---|

**T&B REPAIRS**

**Po Box 80308**

**Lafayette, LA 70598-0308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **Air Starter Components, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.70 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address

**ULINE**

**Po Box 88741**

**Chicago, IL 60680-1741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$448.70

---

**3.26** Nonpriority creditor's name and mailing address

**UNIQUE INDUSTRIAL PROUDUCT COMPANY**

**Po Box 120575 Lp Dept #0575**

**Dallas, TX 75312-0575**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$26,549.12

---

**3.27** Nonpriority creditor's name and mailing address

**WETHERILL ASSOCIATES, INC.**

**Po Box 735859**

**Dallas, TX 75373-5859**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

$390.82

---

**3.28** Nonpriority creditor's name and mailing address

**William Martinez Reyes**

**c/o Abraham Watkins**

**800 Commerce St**

**Houston, TX 77002-1707**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Personal Injury Claim**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

unknown

---

Debtor  **Air Starter Components, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
| --- | --- |

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,356.36
| **WRICO STAMPING CO. OF TEXAS** | *Check all that apply.*
| | ☐ Contingent
| **2717 Niagara Ln N** | ☐ Unliquidated
| **Minneapolis, MN 55447-4844** | ☑ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number | ☑ No
| | ☐ Yes

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,929.98
| **ZEN NORTH AMERICA CORPORATION** | *Check all that apply.*
| | ☐ Contingent
| **4915 Irving Dr** | ☐ Unliquidated
| **Colorado Spgs, CO 80916-2205** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred | **Is the claim subject to offset?**
| Last 4 digits of account number | ☑ No
| | ☐ Yes

---

Debtor   **Air Starter Components, Inc.**

_____

Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $1,101,539.62 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,101,539.62 |

---

Fill in this information to identify the case:

Debtor name      **Air Starter Components, Inc.**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Oklahoma City Office Lease** | **1st OKC USA, LLC** |
| | | **Contract to be ASSUMED** | **7206 Melrose Lane** |
| | State the term remaining | **0 months** | **Oklahoma City, OK 73127** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Phone System** | **Avaya Financial** |
| | | **Contract to be ASSUMED** | **21146 Network Pl** |
| | State the term remaining | **0 months** | **Chicago, IL 60673-1211** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Stafford Machine Shop** | **Chemplast** |
| | | **Contract to be ASSUMED** | **1002 Texas Pkwy** |
| | State the term remaining | **0 months** | **Stafford, TX 77477-6482** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **New Orleans Sales Office** | **Hopmar, LLC** |
| | | **Contract to be ASSUMED** | **302 Cuddihy Dr** |
| | State the term remaining | **0 months** | **Metairie, LA 70005-4144** |
| | List the contract number of any government contract | | |

Debtor   **Air Starter Components, Inc.**
                                                                    Case number *(if known)* _____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** | **Pitney Bowes** |

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** / **Contract to be ASSUMED** |
| | State the term remaining | **0 months** |
| | List the contract number of any government contract | |

**Pitney Bowes**

**Po Box 371887**

**Pittsburgh, PA 15250-7887**

Fill in this information to identify the case:

Debtor name __**Air Starter Components, Inc.**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Air Starter Components, Inc.**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H              **Schedule H: Codebtors**              page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name      **Air Starter Components, Inc.**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*.................................................................................. | **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.............................................................................. | **$861,172.99**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*................................................................................ | **$861,172.99**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$95,118.98**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. | **+ $1,101,539.62**

4. **Total liabilities**.................................................................................................................. | **$1,196,658.60**

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Air Starter Components, Inc.</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>Southern District of Texas</b></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,156,301.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,136,725.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,825,409.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Air Starter Components, Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ACCURATE BEARING**<br>Creditor's name<br>**Po Box 406**<br>Street<br><br>**Addison, IL 60101-0406**<br>City  State  ZIP Code | **5/22/24**<br><br>**7/19/24**<br><br>**8/1/24**<br><br>**8/20/24** | **$45,638.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. **Allan A Cease PC**<br>Creditor's name<br>**56 Sugar Creek Center Blvd Ste 300**<br>Street<br><br>**Sugar Land, TX 77478-4063**<br>City  State  ZIP Code | **6/4/24** | **$21,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Legal Services** |
| 3.3. **BASS TOOL**<br>Creditor's name<br>**2300 Fairway Park Dr**<br>Street<br><br>**Houston, TX 77092-7603**<br>City  State  ZIP Code | **7/24/24** | **$14,163.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. **BLUE CROSS BLUE SHIELD OF TEXAS**<br>Creditor's name<br>**1001 E Lookout Dr**<br>Street<br><br>**Richardson, TX 75082-4144**<br>City  State  ZIP Code | **6/18/24**<br><br>**7/23/24**<br><br>**8/20/24** | **$32,018.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Health Insurance** |
| 3.5. **EARLE M. JORGENSEN**<br>Creditor's name<br>**Po Box 951253**<br>Street<br><br>**Dallas, TX 75395-1253**<br>City  State  ZIP Code | **6/20/24**<br><br>**7/24/24**<br><br>**8/13/24**<br><br>**8/20/24** | **$40,426.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Air Starter Components, Inc.**
         Name

Case number *(if known)*

---

3.6.   **FORT BEND COUNTY TAX**          **7/31/24**          **$21,884.63**
       **ASSESSOR**
       Creditor's name
                                          **7/31/24**
       **1317 Eugene Heimann Cir**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☐ Suppliers or vendors
       ☐ Services
       ☑ Other **Property Taxes**

       **Richmond, TX 77469-3623**
       City              State    ZIP Code

3.7.   **FORT WORTH ALUMINUM FOUNDRY**   **6/20/24**          **$30,774.57**
       Creditor's name
       **2708 N Nichols St**              **8/5/24**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☑ Suppliers or vendors
       ☐ Services
       ☐ Other

       **Fort Worth, TX 76106-7225**
       City              State    ZIP Code

3.8.   **FRAZIER AND FRAZIER**           **7/16/24**          **$30,449.20**
       Creditor's name
       **Po Box 279**                     **7/24/24**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☑ Suppliers or vendors
       ☐ Services
       ☐ Other

       **Coolidge, TX 76635-0279**
       City              State    ZIP Code

3.9.   **GLOBAL COMPRESSION SERVICES**   **8/6/24**           **$12,153.60**
       Creditor's name
       **Po Box 842055**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☑ Suppliers or vendors
       ☐ Services
       ☐ Other

       **Dallas, TX 75284-2055**
       City              State    ZIP Code

3.10.  **GM GEARS LLC**                  **6/19/24**          **$10,264.10**
       Creditor's name
       **16321 Loch Katrine Ln # 5**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☑ Suppliers or vendors
       ☐ Services
       ☐ Other

       **Houston, TX 77084-2799**
       City              State    ZIP Code

3.11.  **STANLEY PARTS & EQUIPMENT**     **7/24/24**          **$19,147.53**
       Creditor's name
       **Po Box 325**
       Street

       ☐ Secured debt
       ☐ Unsecured loan repayments
       ☑ Suppliers or vendors
       ☐ Services
       ☐ Other

       **Channelview, TX 77530-0325**
       City              State    ZIP Code

Debtor   **Air Starter Components, Inc.**
_____   Case number *(if known)* _____
Name

| 3.12. | **Spaulding Composites Inc.** | **8/7/24** | **$12,963.55** | ☐ Secured debt |
|---|---|---|---|---|

Creditor's name

**55 Nadeau Dr** _____ ☑ Suppliers or vendors
Street                                              ☐ Services
_____ ☐ Other _____

**Rochester, NH 03867-4637**
City                State      ZIP Code

---

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | **$0.00** | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br><br> _____ | | | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State     ZIP Code | _____ | _____ | **$0.00** |

---

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  **Air Starter Components, Inc.**
Name

Case number *(if known)* _____

**6.1.** _____  _____  _____  **$0.00**
Creditor's name

_____  XXXX– __ __ __
Street

_____
City          State    ZIP Code

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **George Morales vs. Air Starter Components** | **Personal Injury** | **268th District Court - Fort Bend County** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | **1422 Eugene Heimann Cir** <br> Street | |
| | **20-DCV-270314** | | **Richmond, TX 77469-3611** <br> City          State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **William Martinez Reyes vs. Air Starter Components** | **Personal Injury** | **434rd District Court - Fort Bend County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | **1422 Eugene Heimann Cir** <br> Street | |
| | **24-DCV-312979** | | **Richmond, TX 77469-3611** <br> City          State    ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | | **$0.00** |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State    ZIP Code | | |
| | | **Date of order or assignment** | City          State    ZIP Code |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 5

Debtor   **Air Starter Components, Inc.**                                   Case number *(if known)*
_____
Name

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | **$0.00** |

Recipient's name
_____

Street
_____

_____

City                State    ZIP Code

| Recipient's relationship to debtor |
|---|

_____

| Part 5: | Certain Losses |
|---|---|

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Air Starter Components, Inc.**                                    Case number *(if known)*
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Russell Van Beustring, PC** | **Attorney's Fee** | **08/09/2024** | **$7,500.00** |
| | Address | | | |
| | **5110 Waterbeck St.** | | | |
| | Street | | | |
| | **Weston Lakes, TX 77441** | | | |
| | City                State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Russell Van Beustring, PC** | **Attorney's Fee** | **08/29/2024** | **$30,000.00** |
| | Address | | | |
| | **5110 Waterbeck St** | | | |
| | Street | | | |
| | **Weston Lakes, TX 77441-4100** | | | |
| | City                State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | **$0.00** |
| | Trustee | | | |
| | | | | |

Debtor    **Air Starter Components, Inc.**                                                Case number *(if known)* _____
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **8**

Debtor  **Air Starter Components, Inc.**                                    Case number *(if known)*
_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____      _____      _____
      Facility name

      _____      _____
      Street                       | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |

      _____      _____      *Check all that apply:*
      City        State    ZIP Code                                  ☐ Electronically

                                                                     ☐ Paper

---

### Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

      _____      EIN: __ __ – __ __ __ __ __ __ __

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– __ __ __ __ | ☐ Checking | _____ | **$0.00** |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| _____ | | _____ | | |
| City        State    ZIP Code | | | | |

Debtor   **Air Starter Components, Inc.**                                        Case number *(if known)*
        Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City          State    ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor  **Air Starter Components, Inc.**                                    Case number *(if known)*
　　　　Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City　　　　State　ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City　　State　ZIP Code | City　　　　State　ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City　　State　ZIP Code | City　　　　State　ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor ___ **Air Starter Components, Inc.** _____   Case number *(if known)* _____
　　　　 Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
_____
Name

_____
Street

_____

_____
City　　　　　State　　ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

| Dates business existed |
|---|

From _____　　To _____

**26. Books, records, and financial statements**

26a.　List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Alan Sanderson** <br> Name <br><br> **12603 Southwest Fwy Ste 165** <br> Street <br><br><br> **Stafford, TX 77477-3851** <br> City　　　　State　　　ZIP Code | From **2004**　　To **2/2024** |
| 26a.2. **Mike Moderhak** <br> Name <br><br> **101 Southwestern Blvd Ste 130** <br> Street <br><br><br> **Sugar Land, TX 77478-3548** <br> City　　　　State　　　ZIP Code | From **2/2024**　　To **Present** |
| 26a.3. **Erin Jorgenson** <br> Name <br><br> **13935 Stafford Rd** <br> Street <br><br><br> **Stafford, TX 77477-5009** <br> City　　　　State　　　ZIP Code | From **2019**　　To **Present** |

26b.　List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Mike Moderhak** <br> Name <br><br> **101 Southwestern Blvd. Suite 130** <br> Street <br><br><br> **Sugar Land, TX 77478** <br> City　　　　State　　　ZIP Code | From **2/2024**　　To **Present** |

Debtor  **Air Starter Components, Inc.**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.2. **Alan Sanderson**<br>Name<br><br>**12603 Southwest Freeway Suite 165**<br>Street<br><br>**Sugar Land, TX 77479**<br>City                State                ZIP Code | From **2004**        To **2/2024** |

| Name and address | Dates of service |
|---|---|
| 26b.3. **Erin Jorgenson**<br>Name<br><br>**13935 Stafford Road**<br>Street<br><br>**Stafford, TX 77477**<br>City                State                ZIP Code | From **2019**        To **Present** |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>**Erin Jorgenson**<br>Name<br><br>**13935 Stafford Road**<br>Street<br><br>**Stafford, TX 77477**<br>City                State                ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.<br>**Mike Moderhak**<br>Name<br><br>**101 Southwestern Blvd. Suite 130**<br>Street<br><br>**Sugar Land, TX 77478**<br>City                State                ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Frost Bank**<br>Name<br><br>**3600 Fm 1092 Rd**<br>Street<br><br>**Missouri City, TX 77459-2205**<br>City                State                ZIP Code |

Debtor   **Air Starter Components, Inc.**
Name

Case number *(if known)*

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Erin Jorgenson** | **08/06/2024** | **$230,516.00** |

| Name and address of the person who has possession of inventory records |
|---|

27.1. **Erin Jorgenson**
Name

**13935 Stafford Rd**
Street

**Stafford, TX 77477**
City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Heck, III** | **2019 Braesmeadow Ln Sugar Land, TX 77479-2250** | **President, Shareholder** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Jack Heck, III**<br>Name<br><br>**2019 Braesmeadow Ln**<br>Street<br><br>**Sugar Land, TX 77479-2250**<br>City    State    ZIP Code | **$160,000 Annually** | **Annual** | **President** |

| Relationship to debtor |
|---|
| **President** |

Debtor   **Air Starter Components, Inc.**                                          Case number *(if known)* _____
                  Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Principal Financial** | EIN: **7 6 – 0 2 4 1 7 2 1** |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/04/2024**
                       MM/ DD/ YYYY

**X** **/s/ Jack Heck, III**                                          Printed name          **Jack Heck, III**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name         **Air Starter Components, Inc.**

United States Bankruptcy Court for the:
        **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | George Morales c/o Armstrong Lee & Baker, LLP 2800 North Loop W Ste 900 Houston, TX 77092-8825 | | Judgment | Disputed | | | $734,962.56 |
| 2 | OSHA/USDOL 200 Constitution Ave Nw Rm N3626 Washington, DC 20210-0001 | | OSHA Violations | Disputed | | | $102,520.74 |
| 3 | WRICO STAMPING CO. OF TEXAS 2717 Niagara Ln N Minneapolis, MN 55447-4844 | | Vendor | Disputed | | | $45,356.36 |
| 4 | Douglas E. Koger 24285 Katy Fwy Ste 300 Katy, TX 77494-1128 | | Legal Fees | | | | $38,538.38 |
| 5 | FRAZIER AND FRAZIER Po Box 279 Coolidge, TX 76635-0279 | | Vendor | Disputed | | | $26,589.77 |
| 6 | UNIQUE INDUSTRIAL PROUDUCT COMPANY Po Box 120575 Lp Dept #0575 Dallas, TX 75312-0575 | | Vendor | | | | $26,549.12 |
| 7 | Chase Bank 270 Park Ave New York, NY 10017-2014 | | Credit Card | Disputed | | | $24,588.00 |
| 8 | STANLEY PARTS & EQUIPMENT Po Box 325 Channelview, TX 77530-0325 | | Vendor | | | | $18,397.62 |

Debtor _____**Air Starter Components, Inc.**_____  Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ally Automotive Financing Attn Bankruptcy Dept Po Box 130424 Saint Paul, MN 55113-0004 | | Auto Finance | | $56,682.98 | $39,625.00 | $17,057.98 |
| 10 | GLOBAL COMPRESSION SERVICES Po Box 842055 Dallas, TX 75284-2055 | | Vendor | | | | $14,288.23 |
| 11 | EARLE M. JORGENSEN Po Box 951253 Dallas, TX 75395-1253 | | Vendor | Disputed | | | $13,866.68 |
| 12 | SUNSOURCE/AIR DRECO Po Box 74007453 Chicago, IL 60674-7453 | | Vendor | | | | $12,035.97 |
| 13 | FORT WORTH ALUMINUM FOUNDRY 2708 N Nichols St Fort Worth, TX 76106-7225 | | Vendor | | | | $10,251.10 |
| 14 | ACCURATE BEARING Po Box 406 Addison, IL 60101-0406 | | Vendor | | | | $6,158.00 |
| 15 | T&B REPAIRS Po Box 80308 Lafayette, LA 70598-0308 | | Vendor | | | | $4,996.94 |
| 16 | Leaf Po Box 5066 Hartford, CT 06102-5066 | | purchase money | | $12,601.00 | $8,200.00 | $4,401.00 |
| 17 | AIR STARTER AND PARTS Po Box 1217 Frisco, TX 75034-0021 | | Vendor | | | | $4,140.00 |
| 18 | GULL INDUSTRIES, INC. 3305 Gano St Houston, TX 77009-6314 | | Vendor | | | | $3,367.50 |
| 19 | ZEN NORTH AMERICA CORPORATION 4915 Irving Dr Colorado Spgs, CO 80916-2205 | | Vendor | | | | $2,929.98 |
| 20 | Blakeman & Associates 18919 Freeport Dr Montgomery, TX 77356-4446 | | Vendor | | | | $2,500.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Air Starter Components, Inc.

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ....................................................................... _____

Prior to the filing of this statement I have received ................................................................. _____

Balance Due ................................................................................................................. _____

☑   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................... __**$37,500.00**__

The undersigned shall bill against the retainer at an hourly rate of .......................................... __**$425.00**__
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   __**$1,738.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

     b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/04/2024** | **/s/ Russell Van Beustring** |
|---|---|
| *Date* | Russell Van Beustring |
| | *Signature of Attorney* |

Bar Number: 02275115
Russell Van Beustring, P.C.
5110 Waterbeck St
Fulshear, TX 77441-4100
Phone: (713) 973-6650

**Russell Van Beustring, P.C.**
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Air Starter Components, Inc.**                                           CASE NO

                                                                                  CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **09/04/2024**        Signature _____**/s/ Jack Heck, III**_____

                                                          Jack Heck, III, President

1st OKC USA, LLC
7206 Melrose Lane
Oklahoma City, OK 73127


A/M AIR STARTER, LLC
Po Box 34507
Houston, TX 77234-4507


ACCURATE BEARING
Po Box 406
Addison, IL 60101-0406


AIR STARTER AND PARTS
Po Box 1217
Frisco, TX 75034-0021


Air Starter Components, Inc.
13935 Stafford Road
Stafford, TX 77477


Ally Automotive Financing
Attn Bankruptcy Dept
Po Box 130424
Saint Paul, MN 55113-0004


AMERICAN PACKING &
GASKET COMPANY
Po Box 4356
Houston, TX 77210-4356


AUSTART AIR STARTERS
40009 Garrett Rd
Pattison, TX 77423-2329

Avaya Financial
21146 Network Pl
Chicago, IL 60673-1211


AVON BROACH
1089 John R Rd
Rochester Hls, MI 48307-3207


Blakeman & Associates
18919 Freeport Dr
Montgomery, TX 77356-4446


Chase Bank
270 Park Ave
New York, NY 10017-2014


Chemplast
1002 Texas Pkwy
Stafford, TX 77477-6482


Douglas E. Koger
24285 Katy Fwy Ste 300
Katy, TX 77494-1128


DXP Enterprises, Inc.
5301 Hollister St
Houston, TX 77040-6119


EARLE M. JORGENSEN
Po Box 951253
Dallas, TX 75395-1253

FASTENAL COMPANY
Po Box 978
Winona, MN 55987-0978

FORT WORTH ALUMINUM
FOUNDRY
2708 N Nichols St
Fort Worth, TX 76106-7225

FRAZIER AND FRAZIER
Po Box 279
Coolidge, TX 76635-0279

George Morales
c/o Armstrong Lee & Baker, LLP
2800 North Loop W Ste 900
Houston, TX 77092-8825

GLOBAL COMPRESSION
SERVICES
Po Box 842055
Dallas, TX 75284-2055

GREAT SOUTHWEST PAPER
5707 Harvey Wilson Dr
Houston, TX 77020-8025

GROUP M DESIGN
315 N Broadway Ave Ste 504
Tyler, TX 75702-5757

GULL INDUSTRIES, INC.
3305 Gano St
Houston, TX 77009-6314

Hopmar, LLC
302 Cuddihy Dr
Metairie, LA 70005-4144


Leaf
Po Box 5066
Hartford, CT 06102-5066


OSHA/USDOL
200 Constitution Ave Nw Rm N3626
Washington, DC 20210-0001


Pitney Bowes
Po Box 371887
Pittsburgh, PA 15250-7887


SEI HEAT TREAT
Po Box 1759
Houston, TX 77251-1759


STANLEY PARTS &
EQUIPMENT
Po Box 325
Channelview, TX 77530-0325


SUNSOURCE/AIR DRECO
Po Box 74007453
Chicago, IL 60674-7453


T&B REPAIRS
Po Box 80308
Lafayette, LA 70598-0308

ULINE
Po Box 88741
Chicago, IL 60680-1741

UNIQUE INDUSTRIAL
PROUDCT COMPANY
Po Box 120575 Lp Dept #0575
Dallas, TX 75312-0575

WETHERILL ASSOCIATES,
INC.
Po Box 735859
Dallas, TX 75373-5859

William Martinez Reyes
c/o Abraham Watkins
800 Commerce St
Houston, TX 77002-1707

WRICO STAMPING CO. OF
TEXAS
2717 Niagara Ln N
Minneapolis, MN 55447-4844

ZEN NORTH AMERICA
CORPORATION
4915 Irving Dr
Colorado Spgs, CO 80916-2205

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Air Starter Components, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Southern District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/04/2024
              MM/  DD/  YYYY

X /s/ Jack Heck, III
Signature of individual signing on behalf of debtor

Jack Heck, III
Printed name

President
Position or relationship to debtor

## United States Bankruptcy Court
### Southern District of Texas

In re   **Air Starter Components, Inc.**

Case No. _____

Debtor(s)

Chapter _____**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Air Starter Components, Inc.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**09/04/2024**_____

Date

_____**/s/ Russell Van Beustring**_____

**Russell Van Beustring**
Signature of Attorney or Litigant
Counsel for   ____**Air Starter Components, Inc.**____
Bar Number: 02275115
**Russell Van Beustring, P.C.**
**5110 Waterbeck St**
**Fulshear, TX 77441-4100**
**Phone: (713) 973-6650**
**Email: russell@beustring.com**

1

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **Air Starter Components, Inc.**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
09/04/2024

_____ **/s/ Jack Heck, III**
Jack Heck, III
President
EIN No.   1  7  2  1

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
09/04/2024

_____ **/s/ Russell Van Beustring**
Russell Van Beustring
Attorney