**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   24-34142** |
| AIR STARTER COMPONENTS, INC. | § | |
| **DEBTOR(S),** | § | **CHAPTER   11** |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**FORT BEND COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on ___9th___ day of ___Sept.___ ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

RUSSELL VAN BEUSTRING
ATTORNEY AT LAW
5110 WATERBECK ST
FULSHEAR, TX 77441

HOUSTON  US TRUSTEE
515 RUSK AVE
SUITE 3516
HOUSTON, TX 77002

AIR STARTER COMPONENTS, INC.
13935 STAFFORD ROAD
STAFFORD, TX 77477

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:        houston_bankruptcy@lgbs.com

By: /s/ Jeannie L. Andresen
_____
Jeannie Lee Andresen
SBN: 24086239 TX