UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE: Air Starter Components, Inc.

Debtor(s)

BANKRUPTCY CASE NUMBER

24-34142

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that George Morales, Creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Patrick Yarborough, Foster Yarborough PLLC, 917 Franklin Street, Suite 220, Houston, Texas 77002 patrick@fosteryarborough.com, patrick@ecf.courtdrive.com, lindie@fosteryarborough.com. 713-331-5254 (telephone), 713-513-5202 (facsimile).

DATED: Sept. 11, 2024

Signature

Patrick Yarborough
**Print Name**

Foster Yarborough PLLC
**Address**
917 Franklin Street, Suite 220

Houston, Texas 77002

patrick@fosteryarborough.com
patrick@ecf.courtdrive.com
lindie@fosteryarborough.com
713-331-5254 telephone
713-513-5202 facsimile

SDTX (appear.ntc)
02/03/98