**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                    Date report filed: _____
                                                            MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party  *Jack Heck* _____

Printed name of responsible party  _____

## ▌ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                     ☐       ☐       ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐       ☐       ☐

## ▊ 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
cash received even if you have not deposited it at the bank, collections
on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C.*

Report the total from *Exhibit C* here.                          $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D.*                                 − $ _____

Report the total from *Exhibit D* here.

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                 **+** $ _____
This amount may be different from what you may have calculated as *net profit.*

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                      **=** $ _____

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## ▊ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                         $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                  $ _____

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                   $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                             $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

Debtor Name _____     Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Frost

P.O. Box 1315 Houston, Texas 77251 Member FDIC

IF YOU HAVE QUESTIONS PLEASE CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 1 of 2

>>>

**AIR STARTER COMPONENTS INC**
**13935 STAFFORD RD**
**STAFFORD TX  77477**

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

## BUSINESS MONEY MARKET :  ACCOUNT NO.  50 3607836

| BALANCE LAST STATEMENT | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | |
| 5,046.73 | 0 | 3.50 | 1 | 2,000.00 | 3,050.23 |

-------------------------------------- DEPOSITS/CREDITS --------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 09-30 | 3.50 | INTEREST PAID | |

-------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 09-04 | 2,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX2422 |

-------------------------------------- DAILY BALANCE --------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08-30 | 5,046.73 | 09-04 | 3,046.73 | 09-30 | 3,050.23 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

**Please notify us of any change of address immediately.** To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____  Account Number _____
Account Number _____  Account Number _____
Account Number _____  Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

Page 2 of 2

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

**Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.**

# Frost

**P.O. Box 1315 Houston, Texas 77251 Member FDIC**

IF YOU HAVE ANY QUESTIONS, CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 1 of 9

>>>

**AIR STARTER COMPONENTS INC**
**DBA TEX AM INDUSTRIES INC**
**13935 STAFFORD RD**
**STAFFORD TX  77477**

O

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

## FROST BUSINESS CHECKING PLUS :  ACCOUNT NO.  50 2252422

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 55,960.48 | 65 | 424,567.92 | 145 | 412,692.19 | 67,836.21 |

Activity Items Processed        157                Cash Processed        $80.00

-------------------------------------------- DEPOSITS/CREDITS --------------------------------------------

| DATE | TRANSACTION | AMOUNT | | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|---|
| 09-04 | DEPOSIT | 26,098.81 | | 09-04 | DEPOSIT | 61,359.67 |
| 09-09 | DEPOSIT | 23,312.98 | | 09-12 | DEPOSIT | 25,397.39 |
| 09-16 | DEPOSIT | 33,621.73 | | 09-19 | DEPOSIT | 15,821.16 |
| 09-27 | DEPOSIT | 21,024.45 | | | | |

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 09-03 | 1,650.98 | ELECTRONIC DEPOSIT | INTUIT 21195293  DEPOSIT    426928300015917 |
| 09-04 | 2,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX7836 |
| 09-05 | 1,025.00 | ELECTRONIC DEPOSIT | Enerflex Energy  EDI PYMNTS 1005000200002783 |
| 09-05 | 1,403.04 | ELECTRONIC DEPOSIT | Alegacy Equip    ACH Paymen AIR020 |
| 09-05 | 3,491.22 | WIRE TRANSFER | FROST BANK       WIRE IN    04836 |
| 09-05 | 16,655.73 | ELECTRONIC DEPOSIT | INTUIT 33801913  DEPOSIT    426928300015917 |
| 09-06 | 26.00 | ELECTRONIC DEPOSIT | INTUIT 38490713  DEPOSIT    426928300015917 |
| 09-06 | 945.67 | ELECTRONIC DEPOSIT | Seabulk Tankers, PAYMENTS   EFT00404239 |
| 09-06 | 1,735.00 | ELECTRONIC DEPOSIT | Brake Supply     Payment    124558 |
| 09-06 | 9,980.00 | ELECTRONIC DEPOSIT | NAUTICAL SOL     TRADE PAY  ASC24 |
| 09-09 | 1,035.93 | ELECTRONIC DEPOSIT | INTUIT 41280883  DEPOSIT    426928300015917 |
| 09-09 | 1,145.73 | WIRE TRANSFER | FROST BANK       BOOK CDT   00547 |
| 09-09 | 1,924.41 | WIRE TRANSFER | FROST BANK       WIRE IN    01800 |
| 09-09 | 2,495.00 | ELECTRONIC DEPOSIT | ISLAND VENTURES2 TRADE PAY  ASC24 |
| 09-09 | 8,495.66 | WIRE TRANSFER | FROST BANK       WIRE IN    06192 |
| 09-10 | 780.16 | ELECTRONIC DEPOSIT | INTUIT 47627543  DEPOSIT    426928300015917 |
| 09-10 | 1,413.34 | WIRE TRANSFER | FROST BANK       WIRE IN    03060 |
| 09-11 | 1,410.00 | ELECTRONIC DEPOSIT | ROBIN B LLC      TRADE PAY  ASC24 |
| 09-11 | 1,679.10 | ELECTRONIC DEPOSIT | INTUIT 50956453  DEPOSIT    426928300015917 |
| 09-11 | 3,610.34 | WIRE TRANSFER | FROST BANK       WIRE IN    01051 |
| 09-12 | 246.29 | ELECTRONIC DEPOSIT | Alegacy Equip    ACH Paymen AIR020 |
| 09-12 | 665.26 | WIRE TRANSFER | FROST BANK       WIRE IN    00187 |
| 09-12 | 1,089.58 | ELECTRONIC DEPOSIT | INTUIT 54362633  DEPOSIT    426928300015917 |
| 09-12 | 2,422.00 | ELECTRONIC DEPOSIT | HOERBIGER SERVIC 1005013010 1543106085 |
| 09-12 | 3,603.63 | WIRE TRANSFER | FROST BANK       WIRE IN    00808 |
| 09-12 | 4,500.00 | ELECTRONIC DEPOSIT | RIO MARINE       CORP PAY   AIR05 |
| 09-12 | 5,710.86 | ELECTRONIC DEPOSIT | Enerflex Energy  EDI PYMNTS 1005000200002788 |
| 09-13 | 355.34 | ELECTRONIC DEPOSIT | INTUIT 57027363  DEPOSIT    426928300015917 |
| 09-16 | 1,829.46 | ELECTRONIC DEPOSIT | INTUIT 58955053  DEPOSIT    426928300015917 |
| 09-17 | 1,035.00 | WIRE TRANSFER | FROST BANK       WIRE IN    02998 |
| 09-17 | 2,895.28 | WIRE TRANSFER | FROST BANK       WIRE IN    03381 |
| 09-17 | 13,173.19 | ELECTRONIC DEPOSIT | INTUIT 65183123  DEPOSIT    426928300015917 |
| 09-18 | 2,951.25 | WIRE TRANSFER | FROST BANK       WIRE IN    02724 |
| 09-18 | 3,495.22 | WIRE TRANSFER | FROST BANK       WIRE IN    02237 |
| 09-19 | 33.30 | ELECTRONIC DEPOSIT | INTUIT 72489853  DEPOSIT    426928300015917 |
| 09-19 | 395.00 | WIRE TRANSFER | FROST BANK       BOOK CDT   00755 |
| 09-19 | 2,685.00 | WIRE TRANSFER | FROST BANK       WIRE IN    03414 |
| 09-19 | 3,708.00 | ELECTRONIC DEPOSIT | POWERTHERM CO IN POWERTHERM AIR0003 |
| 09-19 | 14,970.00 | ELECTRONIC DEPOSIT | PIRABU, LLC      ACH Paymen ASC24 |
| 09-19 | 14,970.00 | ELECTRONIC DEPOSIT | NAUTICAL VENTURE TRADE PAY  ASC24 |
| 09-20 | 250.00 | ELECTRONIC DEPOSIT | HATCH & KIRK INC ACH Single 17183261 |
| 09-20 | 1,816.55 | ELECTRONIC DEPOSIT | Pacific Power Gr VOUCHERS   V002542 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

Please notify us of any change of address immediately. To change your address, follow these instructions.

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____    Account Number _____
Account Number _____    Account Number _____
Account Number _____    Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

Page 2 of 9

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| | **Worksheet** | | **Check Number/ Other Debits** | **Amount** |
|---|---|---|---|---|
| 1. | Enter balance shown on front of statement | $ _____ | | |
| 2. | Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. | Subtotal | $ _____ | | |
| 4. | Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. | **Your Account Balance** | $ _____ | | |
| 6. | Enter Your checkbook balance | $ _____ | | |
| 7. | Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. | Subtotal | $ _____ | | |
| 9. | Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. | **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

**Frost**

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 3 of 9

AIR STARTER COMPONENTS INC

FROST BUSINESS CHECKING PLUS : ACCOUNT NO. 50 2252422          (CONTINUED)

---

### DEPOSITS/CREDITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|------|--------|-------------|-------------|
| 09-20 | 5,269.83 | WIRE TRANSFER | FROST BANK       BOOK CDT   01182 |
| 09-23 | 4,291.31 | ELECTRONIC DEPOSIT | INTUIT 78515053  DEPOSIT    426928300015917 |
| 09-24 | 990.00 | WIRE TRANSFER | FROST BANK       WIRE IN    02914 |
| 09-24 | 30,537.60 | ELECTRONIC DEPOSIT | INTUIT 83881373  DEPOSIT    426928300015917 |
| 09-25 | 376.23 | ELECTRONIC DEPOSIT | INTUIT 86769643  DEPOSIT    426928300015917 |
| 09-25 | 1,925.00 | WIRE TRANSFER | FROST BANK       WIRE IN    00942 |
| 09-25 | 1,925.00 | WIRE TRANSFER | FROST BANK       WIRE IN    01047 |
| 09-25 | 2,265.91 | WIRE TRANSFER | FROST BANK       WIRE IN    01125 |
| 09-25 | 4,795.11 | WIRE TRANSFER | FROST BANK       WIRE IN    02034 |
| 09-25 | 4,990.00 | ELECTRONIC DEPOSIT | NAUTICAL SOL     TRADE PAY  ASC24 |
| 09-26 | 1,728.28 | ELECTRONIC DEPOSIT | MCALLISTER TOWIN PAYABLES   610715 |
| 09-26 | 1,894.48 | ELECTRONIC DEPOSIT | INTUIT 89395063  DEPOSIT    426928300015917 |
| 09-27 | 2,642.90 | ELECTRONIC DEPOSIT | INTUIT 92194213  DEPOSIT    426928300015917 |
| 09-27 | 2,925.51 | ELECTRONIC DEPOSIT | Foss Maritime Co EDI PYMNTS 7800008180 |
| 09-27 | 4,116.33 | ELECTRONIC DEPOSIT | Brake Supply     Payment    124558 |
| 09-30 | 1,555.69 | ELECTRONIC DEPOSIT | INTUIT 96055503  DEPOSIT    426928300015917 |

---

### CHECKS PAID

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 09-12 | 78958 # | 1,700.00 | 09-10 | 78972 # | 1,071.31 | 09-19 | 78981 # | 5,869.60 |
| 09-10 | 78965 * # | 523.74 | 09-11 | 78973 # | 125.22 | 09-20 | 78982 # | 100.00 |
| 09-06 | 78966 # | 5,150.00 | 09-23 | 78974 # | 527.68 | 09-19 | 78983 # | 50.00 |
| 09-09 | 78967 # | 1,890.00 | 09-06 | 78976 * # | 100.00 | 09-26 | 78984 # | 1,478.40 |
| 09-23 | 78968 # | 601.01 | 09-10 | 78977 # | 146.56 | 09-24 | 78985 # | 1,295.00 |
| 09-13 | 78969 # | 621.08 | 09-20 | 78978 # | 249.04 | 09-27 | 78986 # | 7,612.50 |
| 09-11 | 78970 # | 1,496.29 | 09-13 | 78979 # | 100.00 | 09-30 | 78990 * # | 588.83 |
| 09-13 | 78971 # | 89.46 | 09-17 | 78980 # | 276.50 | | | |

\* A BREAK IN CHECK NUMBER SEQUENCE
\# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

---

### OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|------|--------|-------------|-------------|
| 09-03 | 170.85 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY   -SETT- |
| 09-03 | 9,905.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY   -SETT- |
| 09-03 | 10,822.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY   -SETT- |
| 09-03 | 15,969.55 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY   -SETT- |
| 09-03 | 2.49 | ELECTRONIC DEBIT | AppFolio, Inc. F WEB PMTS   6VXYG4 |
| 09-03 | 10.00 | ELECTRONIC DEBIT | UPSBILLCTR       PAYMENT    00007Y8965 |
| 09-03 | 16.00 | ELECTRONIC DEBIT | INTUIT 48098303  ACCT FEE   426928300015917 |
| 09-03 | 32.16 | ELECTRONIC DEBIT | CPENERGY ENTEX   ENT ACH DR 000004114540 |
| 09-03 | 46.40 | ELECTRONIC DEBIT | INTUIT 43361913  TRAN FEE   426928300015917 |
| 09-03 | 68.91 | ELECTRONIC DEBIT | U. P. S.         UPS BILL   2421600001782W4 |
| 09-03 | 234.58 | ELECTRONIC DEBIT | T-MOBILE         PCS SVC    2963195 |
| 09-03 | 273.30 | ELECTRONIC DEBIT | ARAMARK UNIFORM  Account St 841820670612313 |
| 09-03 | 700.00 | ELECTRONIC DEBIT | Broadway Constru WEB PMTS   HQ0HMB |
| 09-03 | 2,402.03 | ELECTRONIC DEBIT | U. P. S.         UPS BILL   242160000770587 |
| 09-03 | 7,322.91 | ELECTRONIC DEBIT | OSHA PENALTY COL PAYMENT    0000 |
| 09-04 | 151.14 | ELECTRONIC DEBIT | TERMINIX         CHECKS     2409020000002 |

---

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

**Frost**

P.O. Box 1315 Houston, Texas 77251 Member FDIC

**AIR STARTER COMPONENTS INC**

FROST BUSINESS CHECKING PLUS :   ACCOUNT NO.  50 2252422        (CONTINUED)

------------------------------------ OTHER WITHDRAWALS/DEBITS --------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | |
|------|--------|-------------|-------------|---|
| 09-04 | 10,792.53 | ELECTRONIC DEBIT | HEALTH CARE SERV 0BPPAYMT | 8524845899 |
| 09-05 | 43,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX8413 | |
| 09-05 | 459.04 | ELECTRONIC DEBIT | INTUIT 56779543  TRAN FEE | 426928300015917 |
| 09-05 | 2,176.14 | ELECTRONIC DEBIT | WWEX Franchise H EPAY | E818799796 |
| 09-06 | 27.18 | DEBIT CARD PURCHASE | AMZN Mkto US*ZT80Q8G81 | AMZN.COM/BILL   CARD: 5919194 |
| 09-06 | 336.12 | DEBIT CARD PURCHASE | ULINE  *SHIP SUPPLIES | 800-295-5510   CARD: 5919194 |
| 09-06 | 3,642.98 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-06 | .97 | ELECTRONIC DEBIT | INTUIT 61340013  TRAN FEE | 426928300015917 |
| 09-06 | 61.24 | ELECTRONIC DEBIT | U. P. S.        UPS BILL | 2424400001782W4 |
| 09-06 | 66.03 | ELECTRONIC DEBIT | TERMINIX        CHECKS | 2409050000002 |
| 09-06 | 532.80 | ELECTRONIC DEBIT | CAPITAL ONE AUTO DIRECTPAY | DP0D9325291D6C2 |
| 09-06 | 1,239.71 | ELECTRONIC DEBIT | RENAISSANCE LIFE CCDPMTEFT | 83983 |
| 09-06 | 2,317.36 | ELECTRONIC DEBIT | U. P. S.        UPS BILL | 242440000770587 |
| 09-06 | 2,375.30 | ELECTRONIC DEBIT | PRINCIPAL LIFE P PLIC-PERIS | 8-2133700002466 |
| 09-09 | 16.23 | DEBIT CARD PURCHASE | Amazon Prime*ZT0D78QW1 | AMZN.COM/BILL   CARD: 5919194 |
| 09-09 | 47.05 | DEBIT CARD PURCHASE | Amazon.com*Z843B2LN2 | AMZN.COM/BILL   CARD: 5919194 |
| 09-09 | 257.84 | DEBIT CARD PURCHASE | AMAZON MKTPL*ZT9E166K1 | AMZN.COM/BILL   CARD: 5919194 |
| 09-09 | 29.24 | ELECTRONIC DEBIT | INTUIT 64088563  TRAN FEE | 426928300015917 |
| 09-09 | 224.62 | ELECTRONIC DEBIT | ULINE           SUPPLIES | 4797458 |
| 09-09 | 1,506.79 | ELECTRONIC DEBIT | FRONTIER COMMUNI BILL PAY | 20326568861 |
| 09-09 | 2,877.83 | ELECTRONIC DEBIT | WWEX Franchise H EPAY | E818799796 |
| 09-10 | 1,300.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CONS PAY | -SETT- |
| 09-10 | 1,300.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CONS PAY | -SETT- |
| 09-10 | 4,140.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-10 | 6,009.10 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-10 | 5.00 | ELECTRONIC DEBIT | UPSBILLCTR       PAYMENT | 00007Y8965 |
| 09-10 | 21.95 | ELECTRONIC DEBIT | INTUIT 70320793  TRAN FEE | 426928300015917 |
| 09-10 | 241.20 | ELECTRONIC DEBIT | Pitney Bowes    DIRECT DEB | PBLeasing |
| 09-10 | 291.79 | ELECTRONIC DEBIT | GFL ENV.        FIRSTECH | FTWEB89612733 |
| 09-10 | 334.37 | ELECTRONIC DEBIT | GFL ENV.        FIRSTECH | FTWEB89612732 |
| 09-11 | 256.70 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-11 | 421.29 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-11 | 2,929.98 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-11 | 8,609.63 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-11 | 56,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX8413 | |
| 09-11 | 46.43 | ELECTRONIC DEBIT | INTUIT 73550883  TRAN FEE | 426928300015917 |
| 09-11 | 1,435.82 | ELECTRONIC DEBIT | ENGIE REG IMMEDI BILL PAY | 20336642431 |
| 09-11 | 1,990.63 | ELECTRONIC DEBIT | ENGIE REG IMMEDI BILL PAY | 20336699411 |
| 09-12 | 109.87 | DEBIT CARD PURCHASE | ULINE  *SHIP SUPPLIES | 800-295-5510   CARD: 5919194 |
| 09-12 | 30.47 | ELECTRONIC DEBIT | INTUIT 76845373  TRAN FEE | 426928300015917 |
| 09-12 | 4,091.22 | ELECTRONIC DEBIT | PROG COUNTY MUT  INS PREM | POL  976396551 |
| 09-13 | 10.27 | ELECTRONIC DEBIT | INTUIT 79447533  TRAN FEE | 426928300015917 |
| 09-13 | 62.92 | ELECTRONIC DEBIT | U. P. S.        UPS BILL | 2425100001782W4 |
| 09-13 | 843.70 | ELECTRONIC DEBIT | WWEX Franchise H EPAY | E818799796 |
| 09-13 | 2,904.01 | ELECTRONIC DEBIT | U. P. S.        UPS BILL | 242510000770587 |
| 09-16 | 13.53 | DEBIT CARD RECURRING | NNT MSFT * E0600TIH461 | MSBILL.INFO   CARD: 5919194 |
| 09-16 | 1,850.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- |
| 09-16 | 51.07 | ELECTRONIC DEBIT | INTUIT 81332063  TRAN FEE | 426928300015917 |
| 09-16 | 728.00 | ELECTRONIC DEBIT | CHASE CREDIT CRD AUTOPAY | 000000000083615 |
| 09-16 | 2,823.61 | ELECTRONIC DEBIT | PRINCIPAL LIFE P PLIC-PERIS | 8-2133700004656 |
| 09-17 | 85.96 | DEBIT CARD PURCHASE | AMAZON MKTPL*YD2V98EF3 | AMZN.COM/BILL   CARD: 5919194 |
| 09-17 | 685.60 | DEBIT CARD PURCHASE | ULINE  *SHIP SUPPLIES | 800-295-5510   CARD: 5919194 |
| 09-17 | 10.81 | DEBIT CARD PURCHASE | Amazon Digit*982C50GS3 | 888-802-3080   CARD: 5919194 |
| 09-17 | 36.25 | ELECTRONIC DEBIT | FT BEND CO WCID2 97WATER | 1-05-18800-06 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

# Frost

**P.O. Box 1315 Houston, Texas 77251 Member FDIC**

FOR 24 HOUR FROST CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 5 of 9

**AIR STARTER COMPONENTS INC**

## FROST BUSINESS CHECKING PLUS :   ACCOUNT NO.   50 2252422        (CONTINUED)

------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|------|--------|-------------|-------------|---|---|
| 09-17 | 50.92 | ELECTRONIC DEBIT | OG&E | P183 | 000002514746 |
| 09-17 | 61.07 | ELECTRONIC DEBIT | FT BEND CO WCID2 97WATER | 1-16-09500-00 | |
| 09-17 | 69.28 | ELECTRONIC DEBIT | APOLLO ANSWERING ACH | 713-880-4949 | |
| 09-17 | 363.26 | ELECTRONIC DEBIT | INTUIT 87384563  TRAN FEE | 426928300015917 | |
| 09-18 | 122.00 | DEBIT CARD PURCHASE | AMAZON MKTPL*Z353W88F3 | AMZN.COM/BILL | CARD: 5919194 |
| 09-18 | 401.07 | DEBIT CARD PURCHASE | ULINE  *SHIP SUPPLIES | 800-295-5510 | CARD: 5919194 |
| 09-18 | 29.70 | DEBIT CARD PURCHASE | Amazon.com*569BH5CI3 | AMZN.COM/BILL | CARD: 5919194 |
| 09-18 | 46,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX8413 | | |
| 09-18 | 131.89 | ELECTRONIC DEBIT | INTUIT 90527603  TRAN FEE | 426928300015917 | |
| 09-18 | 213.63 | ELECTRONIC DEBIT | ATT | Payment | 40770600lEPAYH |
| 09-18 | 379.49 | ELECTRONIC DEBIT | INTUIT 68400973  DEPOSIT | 426928300015917 | |
| 09-18 | 57.70 | TREASURY MGMT SVCS | | | |
| 09-19 | 1,094.22 | DEBIT CARD PURCHASE | MOTION INDUSTRIES INC. | HTTPSWWW.MOTI | CARD: 5919194 |
| 09-19 | 11.46 | DEBIT CARD PURCHASE | AMZN Mktp US*TP66410M3 | AMZN.COM/BILL | CARD: 5919194 |
| 09-19 | 1.17 | ELECTRONIC DEBIT | INTUIT 94478803  TRAN FEE | 426928300015917 | |
| 09-20 | 21.64 | DEBIT CARD PURCHASE | ADOBE  *ADOBE | 408-536-6000 | CARD: 5919194 |
| 09-20 | 297.66 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-20 | 1,112.93 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-20 | 2,199.55 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-20 | 3,446.64 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-20 | 12,881.00 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-20 | 8.22 | ELECTRONIC DEBIT | INTUIT 96826933  TRAN FEE | 426928300015917 | |
| 09-20 | 46.01 | ELECTRONIC DEBIT | U. P. S. | UPS BILL | 2425800001782W4 |
| 09-20 | 124.09 | ELECTRONIC DEBIT | LEASE SERVICES  ACH PYMTS | 100-6440101-001 | |
| 09-20 | 289.85 | ELECTRONIC DEBIT | INTUIT 74897003  DEPOSIT | 426928300015917 | |
| 09-20 | 400.37 | ELECTRONIC DEBIT | COMCAST 8777701  540034995 | 9124826 | |
| 09-20 | 1,920.04 | ELECTRONIC DEBIT | U. P. S. | UPS BILL | 242580000770587 |
| 09-20 | 2,392.41 | ELECTRONIC DEBIT | PRINCIPAL LIFE P PLIC-PERIS 8-2133700002186 | | |
| 09-23 | 118.77 | ELECTRONIC DEBIT | INTUIT 00365263  TRAN FEE | 426928300015917 | |
| 09-23 | 242.47 | ELECTRONIC DEBIT | Equip Financing  CNTRCT PMT 753-0012584-000 | | |
| 09-24 | 5.00 | ELECTRONIC DEBIT | UPSBILLCTR | PAYMENT | 00007Y8965 |
| 09-24 | 63.39 | ELECTRONIC DEBIT | ATT | Payment | 522535004EPAYM |
| 09-24 | 600.63 | ELECTRONIC DEBIT | COMCAST 8777701  540464879 | 0400122 | |
| 09-24 | 840.52 | ELECTRONIC DEBIT | INTUIT 05560013  TRAN FEE | 426928300015917 | |
| 09-25 | 344.22 | DEBIT CARD PURCHASE | STANLEY PARTS & EQUIPM | CHANNELVIEW | CARD: 5919194 |
| 09-25 | 18,925.84 | ACH ORIGINATION DEBITS | AIR STARTER COMP CORP PAY | -SETT- | |
| 09-25 | 48,000.00 | INTERNET FUND TRANSFER | TO ACCOUNT XXXXX8413 | | |
| 09-25 | 10.85 | ELECTRONIC DEBIT | INTUIT 08383693  TRAN FEE | 426928300015917 | |
| 09-25 | 840.90 | ELECTRONIC DEBIT | LEASE SERVICES  ACH PYMTS | 100-6440101-002 | |
| 09-26 | 40.31 | DEBIT CARD PURCHASE | SMARTSIGN | WWW.SMARTSIGN | CARD: 5919194 |
| 09-26 | 988.41 | DEBIT CARD PURCHASE | STANLEY PARTS & EQUIPM | CHANNELVIEW | CARD: 5919194 |
| 09-26 | 52.35 | ELECTRONIC DEBIT | INTUIT 10915503  TRAN FEE | 426928300015917 | |
| 09-27 | 73.43 | ELECTRONIC DEBIT | INTUIT 13667423  TRAN FEE | 426928300015917 | |
| 09-27 | 75.89 | ELECTRONIC DEBIT | U. P. S. | UPS BILL | 2426500001782W4 |
| 09-27 | 2,393.72 | ELECTRONIC DEBIT | PRINCIPAL LIFE P PLIC-PERIS 8-2133700002529 | | |
| 09-27 | 2,633.46 | ELECTRONIC DEBIT | U. P. S. | UPS BILL | 242650000770587 |
| 09-30 | 153.39 | DEBIT CARD PURCHASE | SAMSCLUB.COM | 888-746-7726 | CARD: 5919194 |
| 09-30 | 232.72 | DEBIT CARD PURCHASE | SAMSCLUB.COM | 888-746-7726 | CARD: 5919194 |
| 09-30 | 542.87 | DEBIT CARD PURCHASE | ULINE  *SHIP SUPPLIES | 800-295-5510 | CARD: 5919194 |
| 09-30 | 152.28 | DEBIT CARD PURCHASE | Amazon.com*Z04KS1F23 | AMZN.COM/BILL | CARD: 5919194 |
| 09-30 | 43.03 | ELECTRONIC DEBIT | INTUIT 17421643  TRAN FEE | 426928300015917 | |
| 09-30 | 350.65 | ELECTRONIC DEBIT | PRIORITY 1 INC  BT0927 | 000000291640222 | |
| 09-30 | 9,392.00 | ELECTRONIC DEBIT | TEXAS MUTUAL  PAYMENT | 1940519 | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

**Frost**

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INQUIRIES, PLEASE CALL
713-388-7800 OR 1-800-513-7678

AIR STARTER COMPONENTS INC

---

FROST BUSINESS CHECKING PLUS :   ACCOUNT NO.  50 2252422        (CONTINUED)

------------------------------------- DAILY BALANCE -------------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08-30 | 55,960.48 | 09-11 | 13,682.95 | 09-20 | 79,073.03 |
| 09-03 | 9,635.28 | 09-12 | 51,386.40 | 09-23 | 81,874.41 |
| 09-04 | 88,150.09 | 09-13 | 47,110.30 | 09-24 | 110,597.47 |
| 09-05 | 65,089.90 | 09-16 | 77,095.28 | 09-25 | 58,752.95 |
| 09-06 | 61,926.88 | 09-17 | 92,559.10 | 09-26 | 59,816.24 |
| 09-09 | 93,487.02 | 09-18 | 51,670.09 | 09-27 | 77,736.29 |
| 09-10 | 80,295.50 | 09-19 | 97,226.10 | 09-30 | 67,836.21 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

# Frost

P.O. Box 1315 Houston, Texas 77251 Member FDIC

STATEMENT ISSUED
09-30-2024

Page 7 of 9

**AIR STARTER COMPONENTS INC**



| | | |
|---|---|---|
| 09/04/24 # 0 $26,098.81 | 09/04/24 # 0 $61,359.67 | |
| 09/09/24 # 0 $23,312.98 | 09/12/24 # 0 $25,397.39 | |
| 09/16/24 # 0 $33,621.73 | 09/19/24 # 0 $15,821.16 | |
| 09/27/24 # 0 $21,024.45 | 09/12/24 # 78958 $1,700.00 | |
| 09/10/24 # 78965 $523.74 | 09/06/24 # 78966 $5,150.00 | |
| 09/09/24 # 78967 $1,890.00 | 09/23/24 # 78968 $601.01 | |

**Frost**

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

P.O. Box 1315 Houston, Texas 77251 Member FDIC

STATEMENT ISSUED
09-30-2024

Page 8 of 9

**AIR STARTER COMPONENTS INC**



| 09/13/24 | # 78969 | $621.08 |
| 09/11/24 | # 78970 | $1,496.29 |
| 09/13/24 | # 78971 | $89.46 |
| 09/10/24 | # 78972 | $1,071.31 |
| 09/11/24 | # 78973 | $125.22 |
| 09/23/24 | # 78974 | $527.68 |
| 09/06/24 | # 78976 | $100.00 |
| 09/10/24 | # 78977 | $146.56 |
| 09/20/24 | # 78978 | $249.04 |
| 09/13/24 | # 78979 | $100.00 |
| 09/17/24 | # 78980 | $276.50 |
| 09/19/24 | # 78981 | $5,869.60 |

# Frost

P.O. Box 1315 Houston, Texas 77251 Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 9 of 9

**AIR STARTER COMPONENTS INC**



| | | |
|---|---|---|
| 09/20/24 | # 78982 | $100.00 |
| 09/19/24 | # 78983 | $50.00 |
| 09/26/24 | # 78984 | $1,478.40 |
| 09/24/24 | # 78985 | $1,295.00 |
| 09/27/24 | # 78986 | $7,612.50 |
| 09/30/24 | # 78990 | $588.83 |

**Frost**

P.O. Box 649 San Marcos, Tx 78667-0649 Member FDIC

512-393-5601 OR 1-800-513-7678

```
                                    STATEMENT ISSUED
                                      09-30-2024

                                    Page 1 of 6

>>>     AIR STARTER COMPONENTS INC
        DBA TEX AM INDUSTRIES INC
        SPECIAL ACCOUNT                        9
        13935 STAFFORD RD
        STAFFORD TX  77477
                                    Interested in accepting in-store, online or mobile credit
                                    and debit card payments? Frost Merchant Services can help.
                                    Contact Customer Service at (800)513-7678 to get started.
```

## FROST BUSINESS CHECKING : ACCOUNT NO. 40 2168413

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 9,192.29 | 4 | 193,000.00 | 44 | 193,911.80 | 8,280.49 |

Activity Items Processed        35            Cash Processed        $0.00

------------------------------------------- DEPOSITS/CREDITS ----------------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 09-05 | 43,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX2422 |
| 09-11 | 56,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX2422 |
| 09-18 | 46,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX2422 |
| 09-25 | 48,000.00 | INTERNET FUND TRANSFER | FROM ACCOUNT XXXXX2422 |

------------------------------------------- CHECKS PAID --------------------------------------------------

| DATE | CHECK | | AMOUNT | DATE | CHECK | | AMOUNT | DATE | CHECK | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-03 | 11157 | # | 686.95 | 09-06 | 11170 | # | 726.09 | 09-23 | 11180 | # | 970.32 |
| 09-03 | 11159 | * # | 861.84 | 09-09 | 11171 | # | 686.95 | 09-20 | 11181 | # | 645.11 |
| 09-04 | 11160 | # | 677.39 | 09-13 | 11172 | # | 1,239.79 | 09-24 | 11182 | # | 812.68 |
| 09-04 | 11161 | # | 668.61 | 09-16 | 11173 | # | 970.32 | 09-24 | 11183 | # | 894.37 |
| 09-04 | 11162 | # | 757.53 | 09-17 | 11174 | # | 594.40 | 09-20 | 11184 | # | 849.83 |
| 09-03 | 11164 | * # | 686.95 | 09-17 | 11175 | # | 812.68 | 09-26 | 11185 | # | 686.95 |
| 09-06 | 11165 | # | 1,089.19 | 09-17 | 11176 | # | 894.37 | 09-27 | 11186 | # | 1,239.79 |
| 09-09 | 11166 | # | 898.00 | 09-13 | 11177 | # | 726.09 | 09-30 | 11187 | # | 970.32 |
| 09-10 | 11167 | # | 566.74 | 09-16 | 11178 | # | 686.95 | 09-27 | 11188 | # | 769.58 |
| 09-10 | 11168 | # | 653.83 | 09-20 | 11179 | # | 1,239.79 | 09-27 | 11191 | * # | 823.32 |
| 09-10 | 11169 | # | 725.39 | | | | | | | | |

* A BREAK IN CHECK NUMBER SEQUENCE
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

------------------------------------------- OTHER WITHDRAWALS/DEBITS --------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 09-05 | 1,110.51 | ELECTRONIC DEBIT | PAYCOR INC. | Pay fund | 174889512852669 |
| 09-05 | 9,114.71 | ELECTRONIC DEBIT | PAYCOR INC. | tax fund | 307284306523200 |
| 09-05 | 27,821.25 | ELECTRONIC DEBIT | PAYCOR INC. | DD - Fund | 212311413747776 |
| 09-10 | 1,787.67 | ELECTRONIC DEBIT | PAYCOR INC. | PaycorFees | 162306832835940 |
| 09-12 | 1,110.51 | ELECTRONIC DEBIT | PAYCOR INC. | Pay fund | 366842918657390 |
| 09-12 | 13,019.25 | ELECTRONIC DEBIT | PAYCOR INC. | tax fund | 106193622261898 |
| 09-12 | 35,573.67 | ELECTRONIC DEBIT | PAYCOR INC. | DD - Fund | 131459961905283 |
| 09-18 | 55.00 | TREASURY MGMT SVCS | | | |
| 09-19 | 1,112.74 | ELECTRONIC DEBIT | PAYCOR INC. | Pay fund | 992238745538280 |
| 09-19 | 9,589.14 | ELECTRONIC DEBIT | PAYCOR INC. | tax fund | 380837065585880 |
| 09-19 | 28,194.67 | ELECTRONIC DEBIT | PAYCOR INC. | DD - Fund | 286592459930750 |
| 09-26 | 1,101.63 | ELECTRONIC DEBIT | PAYCOR INC. | Pay fund | 148782563231091 |
| 09-26 | 9,788.40 | ELECTRONIC DEBIT | PAYCOR INC. | tax fund | 269096574939556 |
| 09-26 | 29,020.53 | ELECTRONIC DEBIT | PAYCOR INC. | DD - Fund | 194616765994642 |

------------------------------------------- DAILY BALANCE ------------------------------------------------

| DATE | BALANCE | | DATE | BALANCE | | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08-30 | 9,192.29 | | 09-06 | 7,991.27 | | 09-12 | 8,969.26 |
| 09-03 | 6,956.55 | | 09-09 | 6,406.32 | | 09-13 | 7,003.38 |
| 09-04 | 4,853.02 | | 09-10 | 2,672.69 | | 09-16 | 5,346.11 |
| 09-05 | 9,806.55 | | 09-11 | 58,672.69 | | 09-17 | 3,044.66 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

**Please notify us of any changes of address immediately. To change your address, follow these instructions:**

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____    Account Number _____
Account Number _____    Account Number _____
Account Number _____    Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

**Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.**

**Frost**

P.O. Box 649 San Marcos, Tx 78667-0649 Member FDIC

FOR INFORMATION CALL
512-393-5601 OR 1-800-513-7678

STATEMENT ISSUED
09-30-2024

Page 3 of 6

AIR STARTER COMPONENTS INC

FROST BUSINESS CHECKING :   ACCOUNT NO.  40 2168413              (CONTINUED)

---------------------------------------- DAILY BALANCE ----------------------------------------

| DATE  | BALANCE   | | DATE  | BALANCE   | | DATE  | BALANCE   |
|-------|-----------|-|-------|-----------|-|-------|-----------|
| 09-18 | 48,989.66 | | 09-23 | 6,388.06  | | 09-26 | 12,083.50 |
| 09-19 | 10,093.11 | | 09-24 | 4,681.01  | | 09-27 | 9,250.81  |
| 09-20 | 7,358.38  | | 09-25 | 52,681.01 | | 09-30 | 8,280.49  |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

![Frost logo] **Frost**

P.O. Box 649 San Marcos, Tx 78667-0649 Member FDIC

**AIR STARTER COMPONENTS INC**



| 09/03/24 | # 11157 | $686.95 | 09/03/24 | # 11159 | $861.84 |
| 09/04/24 | # 11160 | $677.39 | 09/04/24 | # 11161 | $668.61 |
| 09/04/24 | # 11162 | $757.53 | 09/03/24 | # 11164 | $686.95 |
| 09/06/24 | # 11165 | $1,089.19 | 09/09/24 | # 11166 | $898.00 |
| 09/10/24 | # 11167 | $566.74 | 09/10/24 | # 11168 | $653.83 |
| 09/10/24 | # 11169 | $725.39 | 09/06/24 | # 11170 | $726.09 |

**Frost**

FOR INFORMATION CALL
512-393-5601 OR 1-800-513-7678

P.O. Box 649 San Marcos, Tx 78667-0649 Member FDIC

STATEMENT ISSUED
09-30-2024

Page 5 of 6

**AIR STARTER COMPONENTS INC**



| Date | Check # | Amount |
|---|---|---|
| 09/09/24 | # 11171 | $686.95 |
| 09/13/24 | # 11172 | $1,239.79 |
| 09/16/24 | # 11173 | $970.32 |
| 09/17/24 | # 11174 | $594.40 |
| 09/17/24 | # 11175 | $812.68 |
| 09/17/24 | # 11176 | $894.37 |
| 09/13/24 | # 11177 | $726.09 |
| 09/16/24 | # 11178 | $686.95 |
| 09/20/24 | # 11179 | $1,239.79 |
| 09/23/24 | # 11180 | $970.32 |
| 09/20/24 | # 11181 | $645.11 |
| 09/24/24 | # 11182 | $812.68 |

**Frost**

FOR INFORMATION CALL
512-393-5601 OR 1-800-513-7678

P.O. Box 649 San Marcos, Tx 78667-0649 Member FDIC

STATEMENT ISSUED
09-30-2024

Page 6 of 6

AIR STARTER COMPONENTS INC



| 09/24/24 | # 11183 | $894.37 | 09/20/24 | # 11184 | $849.83 |
| 09/26/24 | # 11185 | $686.95 | 09/27/24 | # 11186 | $1,239.79 |
| 09/30/24 | # 11187 | $970.32 | 09/27/24 | # 11188 | $769.58 |
| 09/27/24 | # 11191 | $823.32 | | | |