# Air Starter Components
# Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 3050 · Sales - Starters | 2,996,824.42 |
| 3069 · E2PartIncomeAcct | 172,499.84 |
| 3100 · Core Fees | -12,925.00 |
| 4999 · Uncategorized Income | -98.00 |
| **Total Income** | 3,156,301.26 |
| **Cost of Goods Sold** | |
| 4000 · Manufacture | |
|     4010 · Labor - Mftg | 445,741.71 |
|     4012 · Raw Material - Mftg | 16,308.98 |
|     4014 · Outside Processing - Mftg | 49,822.97 |
|     4016 · Shop Supplies/Consumbales- Mftg | 55,396.62 |
|     4000 · Manufacture - Other | 1,027.04 |
| **Total 4000 · Manufacture** | 568,297.32 |
| 4001 · E2PartCOGSAcct | 712.62 |
| 4020 · Labor - Main Warehouse | 493,924.21 |
| 4050 · Material - Starters | 516,190.79 |
| 5000 · Cost of Goods Sold | 67,450.11 |
| 5750 · Freight | 88,666.24 |
| **Total COGS** | 1,735,241.29 |
| **Gross Profit** | 1,421,059.97 |
| **Expense** | |
| 5300 · Auto Expense | 10,167.33 |
| 5400 · Bank Service Charge | 615.96 |
| 5445 · Cleaning | 2,400.00 |
| 5452 · Commission - Sales | 53,211.32 |
| 5520 · Credit Card Fees | 21,605.96 |
| 5730 · Equipment Lease | 2,245.04 |
| 5751 · FreightAcct | 15,382.71 |
| 5830 · Insurance-Dental/Vision | 6,689.32 |
| 5831 · Insurance-Grp Health | 70,479.48 |
| 5833 · Insurance-Auto/Other | 47,952.64 |
| 6150 · Office Expense | 13,923.57 |
| 6152 · Office Expenses - Reimbursables | 71,492.25 |
| 6162 · 401K Expense | 28,804.82 |
| 6175 · Permits, Licenses, Fees | 450.00 |
| 6200 · Postage | 664.00 |
| 6250 · Professional Fees | 70,751.94 |
| 6300 · Rent - Texas | 41,200.00 |
| 6301 · Rent - OK | 5,219.92 |
| 6305 · Rent - LA | 17,010.00 |
| 6350 · Repairs & Maintenance | 64,492.35 |
| 6400 · Salaries & Wages | 490,981.23 |
| 6402 · - Salaries - Bonus | 400.00 |

# Air Starter Components
# Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| 6450 · Shop Supplies | 14,174.19 |
| 6490 · Taxes - Property | 54.25 |
| 6495 · Taxes - Payroll | 130,391.09 |
| 6500 · Taxes - Other | 20,298.64 |
| 6550 · Telephone | 18,026.73 |
| 6551 · Telephone - LA | 5,027.87 |
| 6552 · Telehone - OK | 1,498.32 |
| 6560 · Payroll Expenses | 8,857.18 |
| 6590 · Trash Removal | 5,764.31 |
| 6600 · Travel | 2,984.58 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| 6700 · Utilities | 34,105.97 |
| 8023 · Tax Default | 290.42 |
| **Total Expense** | **1,277,613.39** |
| **Net Ordinary Income** | **143,446.58** |
| Other Income/Expense |  |
|   Other Income |  |
|     7150 · Interest Income | 10.63 |
|   **Total Other Income** | **10.63** |
|   Other Expense |  |
|     8010 · Interest Expense | 7,387.32 |
|   **Total Other Expense** | **7,387.32** |
| **Net Other Income** | **-7,376.69** |
| **Net Income** | **136,069.89** |