United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| AIR STARTER COMPONENTS, INC. | § | 24-34142 (JPN) |
| | § | (Chapter 11) |
| DEBTOR | § | |

### AGREED ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE
[Related to Dkt. No. 21]

CAME ON for consideration the *Motion of the United States Trustee to Dismiss Case with Prejudice or, in the Alternative, to Convert Case to Chapter 7* (the "Motion") [Dkt. No. 21], due notice and opportunity for a hearing having been given to all parties-in-interest. This Agreed Order is made by and between (i) Air Starter Components, Inc. ("Debtor") and (ii) the United States Trustee ("U.S. Trustee") (collectively referred to as the "Parties").

NOW THEREFORE, the Parties hereby stipulate and good cause appearing for the entry of this Agreed Order, it is hereby

**ORDERED** that:

1. This chapter 11 case is **DISMISSED** with a bar to refiling for 180 days from the date of entry of this Order.

2. The Debtor, no later than ten days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court operating reports made during each calendar month and of any fees payable under 28 U.S.C. § 1930(a)(6) for each quarter during the period from March 1, 2025, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports on the U.S. Trustee.

3. The Debtor, no later than ten days after entry of this Order, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).

Signed: March 24, 2025

_____
Jeffrey P. Norman
United States Bankruptcy Judge

AGREED TO AS TO FORM AND SUBSTANCE:

RUSSELL VAN BEUSTRING, P.C.

By: /s/ *Russell Van Beustring with permission by Hector Duran*
Russell Van Beustring, Esq.
State Bar No. 02275115
5110 Waterbeck St.
Fulshear, TX  77441-4100
Telephone: (713) 973-6650
Email: russell@beustring.com

*COUNSEL FOR AIR STARTER COMPONENTS, INC., DEBTOR*

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: /s/ *Hector Duran*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. I.D. No. 15243
515 Rusk, Suite 3516
Houston, Texas  77002
Telephone: (713) 718-4664
Fax: (713) 718-4670
hector.duran.jr@usdoj.gov

*COUNSEL FOR THE UNITED STATES TRUSTEE*